IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GEORGE THOMAS CABEL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:06CV00360 |
| v. | ) | 1:97CR173-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O-R-D-E-R**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 18, 2006, was served on the parties in this action. Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's "Rule 60(b)" motion [Pleading No. 1] be construed as an attempt by Petitioner to file a second or successive § 2255 action and that this action be dismissed due to Petitioner's failure to obtain certification from the Fourth Circuit as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

**IT IS FURTHER ORDERED** that Petitioner's motion to inform the court [Pleading No. 5] is **GRANTED**. A judgment dismissing this action will be entered contemporaneously with this Order.

                                                   _____
                                                        United States District Judge

Date: September 29, 2006