# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **GEORGE THOMAS CABEL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **1:06CV00360** |
| **v.** | ) | **1:97CR173-1** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Petitioner's "Rule 60(b)" motion [Pleading No. 1] be construed as an attempt by Petitioner to file a second or successive § 2255 action and that this action be dismissed due to Petitioner's failure to obtain certification from the Fourth Circuit as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

_____
United States District Judge

Date:  September 29, 2006